IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETAWAY.COM LLC, @MYPLACE.COM LLC, INSIDER.COM LLC, AND INSURANCEBROKER.COM LLC, | Civil Action No. _____ |
| Plaintiffs, | Non-Arbitration |
| v. | Demand for Jury Trial |
| JOHN DOES 1 - 26, | |
| Defendants. | |

## VERIFICATION TO COMPLAINT

I, Philip Gordon, under oath and penalty of perjury, make the following verification upon personal knowledge and belief on behalf of GETAWAY.COM LLC, @MYPLACE.COM LLC, INSIDER.COM LLC, and INSURANCEBROKER.COM LLC:

1. I am the sole owner and member of the Plaintiffs in the above-captioned matter. I am over 18 years of age and of sound mind.

2. I have read the foregoing Verified Complaint. The allegations in the Verified Complaint are true and correct to the best of my knowledge and belief.

DATED: 6/24/15

/s/ Philip Gordon
Philip Gordon, on behalf of
GETAWAY.COM LLC,
@MYPLACE.COM LLC,
INSIDER.COM LLC, and
INSURANCEBROKER.COM LLC.