**Exhibit A**

| | Date | Author | Comments | URL |
|---|---|---|---|---|
| 1 | 2009-01-12 | Andrei_i | See the 2000+ fake accounts/hosted sites set up already by the owner of myplace.com with the target of showing it`s advertising banner for getaway.com : http://www.myplace.com/hostedSites.html This is not the right way to promote a business, by flooding and poluting the www with misleading, empty, useless and waste of time sites. His travel agency is not doing a service to people being promoted in this way, but the oposite. | https://www.mywot.com/en/scorecard/myplace.com |
| 2 | 2009-01-26 | shazza | Site owner Mr p Gordon has 1000s of scamming sites including this, and sends excessive spam | https://www.mywot.com/en/scorecard/perspectives.com |
| 3 | 2009-01-26 | shazza | Site owner Mr p Gordon has 1000s of scamming sites including this, and sends excessive spam | https://www.mywot.com/en/scorecard/insider.com |
| 4 | 2009-02-16 | shazza | This fake site is registered by "Mr P Gordon" 333 Washington Bld, Marina Del Rey, CA90292 - this entity is a spammer /scammer who has just been banned from site advisor for posting reviews on his 20000+ fake sites. Keep away from all sites owned they these criminals!!! | https://www.mywot.com/en/scorecard/pebbles.com |
| 5 | 2009-07-20 | cotojo | Sites are owned by a well known spammer, P.Gordon who is now spamming the Community Requests for sites that are already poorly rated. Also banned from Site Advisor for the same spamming with thousands of domains | https://www.mywot.com/en/scorecard/insurancebroker.com |
| 6 | 2009-07-22 | Cog | P. Gordon – Spammer | https://www.mywot.com/en/forum/3998-p-gordon-spammer |

| 7 | 2009-07-22 | Cog | IMO Spam has a purpose other than to waste bandwidth... it's directly related to Scams and Phishing attempts. | htttps://www.mywot.com/en/forum/3998-p-gordon-spammer |
|---|---|---|---|---|
| 8 | 2009-07-22 | Cog | Spam / Scam / Phish

LISTED IN BLACKLIST!

dsn.rfc-ignorant.org

abuse.rfc-ignorant.org

re:

http://www.mywot.com/forum/3998-p-gordon-spammer | htttps://www.mywot.com/en/scorecard/myplace.com |
| 9 | 2009-07-22 | LiVeRpUdLiAn932 | Fraud / Scam / Phish/ Spam

See: http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/perspectives.com |
| 10 | 2009-07-22 | LiVeRpUdLiAn932 | Fraud / Scam / Phish/ Spam

See: http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/insider.com |
| 11 | 2009-07-22 | LiVeRpUdLiAn932 | Fraud / Scam / Phish/ Spam | https://www.mywot.com/en/scorecard/myplace.com |
| 12 | 2009-07-22 | cotojo | Sites belonging to P Gordon, well known spammer / scammer and blacklisted Ref: http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/myplace.com |
| 13 | 2009-07-22 | cotojo | Sites belonging to P Gordon, well known spammer / scammer and blacklisted Ref: http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/insider.com |

| 14 | 2009-07-25 | phantazm | SCAM - Beware: This site belongs to Mr P Gordon, a wellknown and blacklisted spammer / scammer. Sources: www.mywot.com/en/forum/3998-p-gordon-spammer http://www.siteadvisor.com/sites/getaway.com/summary/ | https://www.mywot.com/en/scorecard/perspectives.com |
|---|---|---|---|---|
| 15 | 2009-07-25 | phantazm | SCAM - Beware: This site belongs to Mr P Gordon, a wellknown spammer / scammer. Blacklisted: dsn.rfc-ignorant.org and abuse.rfc-ignorant.org Sources: www.mywot.com/en/forum/3998-p-gordon-spammer http://www.siteadvisor.com/sites/getaway.com/summary/ | https://www.mywot.com/en/scorecard/myplace.com |
| 16 | 2009-07-25 | phantazm | SCAM - Beware: This site belongs to Mr P Gordon, a wellknown and blacklisted spammer / scammer. Sources: www.mywot.com/en/forum/3998-p-gordon-spammer http://www.siteadvisor.com/sites/getaway.com/summary/ | https://www.mywot.com/en/scorecard/insider.com |
| 17 | 2009-07-27 | 0DD | Owned by P Gordon, know spammer. See http://www.mywot.com/forum/3998-p-gordon-spammer? | https://www.mywot.com/en/scorecard/myplace.com |
| 18 | 2009-09-21 | Jim M | Fraud, scam or phish website identified by a WOT user in black list. Best to avoid. | https://www.mywot.com/en/scorecard/myplace.com |

| 19 | 2009-09-28 | tinfoil | Spam, scam and phishing attempt combined. See http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/perspectives.com |
|----|------------|---------|---|---|
| 20 | 2009-09-28 | tinfoil | Spam, scam and phishing attempt combined. See http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/insider.com |
| 21 | 2009-09-28 | tinfoil | Spam, scam and phishing attempt combined. See http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/myplace.com |
| 22 | 2009-09-28 | tinfoil | Spam, scam and phishing attempt combined. See http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/getaway.com |
| 23 | 2010-02-04 | Kraftwerk | Spam,scam, phishing,blacklisted!! Info http://www.mywot.com/forum/3998-p-gordon-spammer?new=1248568449#new | https://www.mywot.com/en/scorecard/perspectives.com |
| 24 | 2010-02-04 | Kraftwerk | Spam,scam, phishing,blacklisted!! Info http://www.mywot.com/forum/3998-p-gordon-spammer?new=1248568449#new | https://www.mywot.com/en/scorecard/myplace.com |
| 25 | 2010-02-04 | Kraftwerk | Spam,scam, phishing,blacklisted!! Info http://www.mywot.com/forum/3998-p-gordon-spammer?new=1248568449#new | https://www.mywot.com/en/scorecard/insider.com |
| 26 | 2010-02-04 | Kraftwerk | Spam,scam, phishing,blacklisted!! Info http://www.mywot.com/forum/3998-p-gordon-spammer?new=1248568449#new | https://www.mywot.com/en/scorecard/getaway.com |
| 27 | 2010-04-02 | QuickMan | Scam site. The evil spammer P. Gordon is the owner. | https://www.mywot.com/en/scorecard/reviewer898.webs.com |

| | | | | | |
|---|---|---|---|---|---|
| 28 | 2010-05-22 | TheAnon | Involved in Spamming. See for Reference: http://www.mywot.com/forum/6461-a-list-of-spamvertised-sites?new=0#ne... | https://www.mywot.com/en/scorecard/getaway.com |
| 29 | 2010-07-11 | shazza | As 'Mr Gordon' is spamming the comment request section again, I thought it would be appropriate to revive this thread for anyone who hasnt seen it before. | https://www.mywot.com/en/forum/3998-p-gordon-spammer |
| 30 | 2010-07-12 | Cog | Spam / Scam / Phish P. Gordon site re: re: http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/perspectives.com |
| 31 | 2010-07-12 | Cog | Spam / Scam / Phish P. Gordon site re: re: http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/insurancebroker.com |
| 32 | 2010-07-12 | Cog | Spam / Scam / Phish P. Gordon site re: re: http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/getaway.com |
| 33 | 2010-07-12 | Cog | Spam / Scam / Phish P. Gordon site re: re: http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/insider.com |

| 34 | 2010-07-12 | shazza | This guy is clearly abusing the system. I realise you cant ban him as he has over 20,000 sites, but cant the feature be disabled for maybe 6 months rather than 1 or maybe on certain sites found to be abusing the feature? | https://www.mywot.com/en/forum/3998-p-gordon-spammer |
|---|---|---|---|---|
| 35 | 2010-07-13 | TheAnon | Be aware of using. Scamming Network. Reference: http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/perspectives.com |
| 36 | 2010-07-13 | TheAnon | Be aware of using. Scamming Network. Reference: http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/insurancebroker.com |
| 37 | 2010-07-13 | TheAnon | Be aware of using. Scamming Network. Reference: http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/myplace.com |
| 38 | 2010-07-13 | TheAnon | Be aware of using. Scamming Network. Reference: http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/getaway.com |
| 39 | 2010-07-13 | TheAnon | Be aware of using. Scamming Network. Reference: http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/insider.com |
| 40 | 2010-07-13 | _Nemo | Spam / Scam / Phish site of "P. Gordon". See reference: http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/perspectives.com |
| 41 | 2010-07-13 | _Nemo | Spam / Scam / Phish site of "P. Gordon". See reference: http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/insurancebroker.com |

| 42 | 2010-07-13 | _Nemo | Spam / Scam / Phish site of "P. Gordon". See reference: http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/getaway.com |
| --- | --- | --- | --- | --- |
| 43 | 2010-07-13 | _Nemo | Spam / Scam / Phish site of "P. Gordon". See reference: http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/insider.com |
| 44 | 2010-07-23 | Kraftwerk | Spam,scam, phishing,blacklisted!! | https://www.mywot.com/en/scorecard/getaway.com |
| 45 | 2010-08-06 | Armored | Spam/Scam/Phis: Ref http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/insurancebroker.com |
| 46 | 2010-08-06 | Armored | Blacklisted. Owner is a spammer | https://www.mywot.com/en/scorecard/getaway.com |
| 47 | 2010-08-06 | Armored | Spam/Scam/Phis: Ref http://www.mywot.com/forum/3998-p-gordon-spammer | https://www.mywot.com/en/scorecard/insider.com |
| 48 | 2010-10-29 | Tampon2000 | owned by P. Gordon, a known spammer/scammer/... | https://www.mywot.com/en/scorecard/myplace.com |
| 49 | 2010-10-31 | Skywalker_1 | Spam, Scam, Pishing blacklisted | https://www.mywot.com/en/scorecard/perspectives.com |
| 50 | 2010-10-31 | Skywalker_1 | Spam, Scam, Pishing blacklisted | https://www.mywot.com/en/scorecard/getaway.com |
| 51 | 2010-10-31 | Skywalker_1 | Spam, Scam, Pishing blacklisted | https://www.mywot.com/en/scorecard/insider.com |

| | | | | |
|---|---|---|---|---|
| 52 | 2010-11-04 | _Nemo | Spamvertised / Scam site. See reference: http://www.mywot.com/forum/3998-p-gordon-spammer?comment=51242#comment-5... | https://www.mywot.com/en/scorecard/myplace.com |
| 53 | 2010-11-04 | Super Hero! | Spammer PGordon site = | https://www.mywot.com/en/scorecard/insider.com |
| 54 | 2010-11-04 | Super Hero! | Spammer PGordon site = | https://www.mywot.com/en/scorecard/myplace.com |
| 55 | 2010-11-04 | Super Hero! | Spammer PGordon site = | https://www.mywot.com/en/scorecard/insurancebroker.com |
| 56 | 2010-12-13 | © DPhil™ | Scam/Phishing | https://www.mywot.com/en/scorecard/perspectives.com |
| 57 | 2010-12-13 | © DPhil™ | Scam/Phishing | https://www.mywot.com/en/scorecard/myplace.com |
| 58 | 2010-12-13 | © DPhil™ | Scam/Phishing | https://www.mywot.com/en/scorecard/insider.com |
| 59 | 2011-10-07 | TheBonobo4 | Site owned by P.Gordon, a known Comment request spammer from SiteAdvisor. See here for more info: http://www.mywot.com/forum/3998-p-gordon-spammer http://pastebin.com/bhadRghM | https://www.mywot.com/en/scorecard/perspectives.com |
| 60 | 2011-10-07 | TheBonobo4 | Site owned by P.Gordon, a known Comment request spammer from SiteAdvisor. See here for more info: http://www.mywot.com/forum/3998-p-gordon-spammer http://pastebin.com/bhadRghM | https://www.mywot.com/en/scorecard/insurancebroker.com |

| 61 | 2011-10-07 | TheBonobo4 | Site owned by P.Gordon, a known Comment request spammer from SiteAdvisor. See here for more info: http://www.mywot.com/forum/3998-p-gordon-spammer http://pastebin.com/bhadRghM | https://www.mywot.com/en/scorecard/myplace.com |
| --- | --- | --- | --- | --- |
| 62 | 2011-10-07 | TheBonobo4 | Site owned by P.Gordon, a known Comment request spammer from SiteAdvisor. See here for more info: http://www.mywot.com/forum/3998-p-gordon-spammer http://pastebin.com/bhadRghM | https://www.mywot.com/en/scorecard/insider.com |
| 63 | 2011-10-07 | TheBonobo4 | Site owned by P.Gordon, a known Comment request spammer from SiteAdvisor. See here for more info: http://www.mywot.com/forum/3998-p-gordon-spammer http://pastebin.com/bhadRghM | https://www.mywot.com/en/scorecard/getaway.com |
| 64 | 2013-08-07 | pi366 | Beware: Sites belonging to P Gordon, well known spammer / scammer and blacklisted! | https://www.mywot.com/en/scorecard/perspectives.com |
| 65 | 2013-08-07 | pi366 | Beware: Sites belonging to P Gordon, well known spammer / scammer and blacklisted! | https://www.mywot.com/en/scorecard/myplace.com |
| 66 | 2013-08-07 | pi366 | Beware: Sites belonging to P Gordon, well known spammer / scammer and blacklisted! | https://www.mywot.com/en/scorecard/getaway.com |
| 67 | 2013-08-07 | pi366 | Beware: Sites belonging to P Gordon, well known spammer / scammer and blacklisted! | https://www.mywot.com/en/scorecard/insider.com |
| 68 | 2013-08-07 | pi366 | Beware: Sites belonging to P Gordon, well known spammer / scammer and blacklisted! | https://www.mywot.com/en/scorecard/insurancebroker.com |
| 69 | 2015-04-29 | A440 | This is the main site of a spam artist. Very untrustworthy. | https://www.mywot.com/en/scorecard/getaway.com |