**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GETAWAY.COM LLC, @MYPLACE.COM | ) | |
| LLC, INSIDER.COM LLC, AND | ) | Civil Action No. 15-531 UNA |
| INSURANCEBROKER.COM LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | Non-Arbitration |
| | ) | |
| v. | ) | |
| | ) | Demand for Jury Trial |
| JOHN DOES 1 - 26, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO ENGAGE IN PRE-SERVICE OF PROCESS DISCOVERY TO IDENTIFY JOHN DOES 1 – 21**

COMES NOW, Getaway.com LLC, @MyPlace.com LLC, Insider.com LLC, and InsuranceBroker.com LLC, by and through their attorney, Daniel C. Herr, Esq., filing an *Ex Parte* Motion for Leave to Engage in Pre-Service of Process Discovery to Identify John Does 1 – 21, setting for the following in support:

1. Plaintiffs filed their verified Complaint on June 24, 2015, alleging internet defamation and internet defamation *per se* against twenty-six (26) John Doe Defendants.

2. In short, Plaintiffs claim that Defendants falsely, intentionally, and negligently identified them as internet "spammers," scam artists, and "phishers." This severely damages Plaintiffs' businesses causing them significant economic damages.

3. Plaintiffs attached an **Exhibit A** to their Complaint that specifically outlined the defamatory statements, attributing them to twenty-one (21) of the twenty-six (26) John Doe Defendants, who are certain anonymous usernames on a website, www.mywot.com. *See* D.I. 3.

4. Plaintiffs provided notice to all of the John Doe Defendants through the same www.mywot.com forum through which the twenty-one (21) John Doe Defendants defamed

1

Plaintiffs on June 23, 2015, by posting the following message on the forum:

> I regret to advise you due to inaction to this matter Getaway.com LLC, Insider.com LLC, InsuranceBroker.com LLC, & Myplace.com LLC will be filing a claim in the United States District Court for the District of Delaware alleging defamation against those on this forum who have claimed that these companies have engaged in spamming, phishing, scamming, or other criminal activity. I will be reposting on this forum upon the execution of the filing with the case number should you choose to challenge my efforts to uncover your identities.

5.   After filing the above-captioned matter, Plaintiffs again provided notice on June 25, 2015 to the twenty-one (21) John Doe Defendants through the same medium by posting the following message on the forum:

> The case alleging defamation against those on this list who have claimed that Getaway.com LLC, Insider.com LLC, InsuranceBroker.com LLC, and @Myplace.com LLC have engaged in spamming, phishing, scamming, or other criminal activity has been filed in the United States District Court for the District of Delaware.  The Civil Action Number is 1:15-cv-00531.

6.   Should the Court grant Plaintiffs' Motion, Plaintiffs intend to subpoena WOT Services Ltd, located in Finland, who owns www.mywot.com, through which twenty-one (21) of the Defendants have posted the defamatory statements at issue.

7.   Save a subpoena to WOT Services Ltd, there are no other known ways to Plaintiffs and Plaintiffs' Counsel to properly identify Defendants John Does 1 – 21.

8.   As a result of Plaintiffs filing a Verified Complaint that specifically identifies all of the statements they believed to be defamatory (*see* **Exhibit A**, D.I. 3), and as a result of Plaintiffs providing specific notice to all of the unknown individuals that they intend to uncover their identifies to put a stop to their defamatory statements, including the necessary information to challenge Plaintiffs efforts to do the same, Plaintiffs respectfully request that the Court grant their Ex Parte Motion for Leave to Engage in Pre-Service of Process Discovery to Identify John Does 1 – 21.

2

Respectfully Submitted,

**THE NORMAN LAW FIRM**

Date:  June 25, 2015

*/s/Daniel C. Herr*
Daniel C. Herr, Esquire, Bar. I.D. 5497
1225 N. King Street, Suite 1000
Wilmington, Delaware  19801
302-595-9084 – telephone
302-235-3712 - fax
DHerr@TheNormanLawFirm.com
*Attorney for Plaintiffs*