**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GETAWAY.COM LLC, @MYPLACE.COM LLC, INSIDER.COM LLC, AND INSURANCEBROKER.COM LLC, | ) ) ) ) | Civil Action No. 15-531 UNA |
| Plaintiffs, | ) ) | Non-Arbitration |
| v. | ) ) ) | Demand for Jury Trial |
| JOHN DOES 1 - 26, | ) ) | |
| Defendants. | ) | |

## **PROPOSED ORDER**

IT IS SO ORDERED this _____ day of _____, 2015, that Plaintiffs' *Ex Parte* Motion for Leave to Engage in Pre-Service of Process Discovery to Identify John Does 1-21 is hereby GRANTED.

_____
J.