

**Daniel C. Herr, Esquire**
1225 North King Street, Suite 1000
Wilmington, DE  19801
Phone: 302-595-9084
Fax: 302-235-3712

July 15, 2015

The Honorable Sue. L. Robinson, District Court Judge
J. Caleb Boggs Federal Building
844 N. King Street; Unit 31: Room 4124
Wilmington, DE  19801-3555

> **RE:** *Getaway.com LLC et al. v. Does 1-26*, C.A. No. 1:15-cv-00531-SLR; Plaintiffs' *Ex Parte* Motion for Leave to Engage in Pre-Service of Process Discovery to Identify John Does 1 – 21 (D.I. 4).

Dear Your Honor:

I write concerning Plaintiffs' *Ex Parte* Motion for Leave to Engage in Pre-Service of Process Discovery to Identify John Does 1 – 21 filed on June 25, 2014 (D.I. 4).  By way of brief background, Plaintiffs filed suit for internet defamation against twenty-six (26) John Does.  Plaintiffs only know the John Does by their "screen names" on the particular forums through which Plaintiffs allege the John Does have defamed them.

In an abundance of caution, Plaintiffs have not engaged in pre-service of process discovery as to the John Does' identities, which must be done in order to effect service of process.  Plaintiffs understand that such would be a violation of Federal Rule of Civil Procedure 26(d)(1), as there is no way to meet and confer with the John Does pursuant to Federal Rule of Civil Procedure 26(f).  Plaintiffs have, however, provided notice to these John Does on the very forum through which they have allegedly defamed Plaintiffs, indicating that Plaintiffs intend to subpoena the forum itself in order to uncover their identifies (and Plaintiffs have provided this Civil Action Number as well so the John Does may exercise their rights to challenge Plaintiffs' efforts to uncover their identities).

In sum, Plaintiffs write this letter to offer further explanation of their motion and further make counsel available for any questions or concerns concerning pre-service of process discovery efforts that are necessary to effect service.  We thank you in advance for your consideration of this letter.

Respectfully submitted,

*/s/ Daniel C. Herr*
Daniel C. Herr, Esquire, Bar No. 5497