IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GETAWAY.COM LLC, @MYPLACE.COM LLC, INSIDER.COM LLC, and INSURANCEBROKER.COM LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN DOES 1 - 26,<br><br>    Defendants. | Civ. No. 15-531-SLR |

**O R D E R**

At Wilmington this 30th day of July, 2015, for the reasons stated in the memorandum issued this same date;

IT IS ORDERED that plaintiffs' ex parte motion for leave to engage in pre-service of process discovery is granted. Plaintiffs may immediately serve a Rule 45 subpoena on WOT Services, Ltd., owner of www.mywot.com, to obtain information to identify the Internet Protocol ("IP") addresses associated with the comments by defendants John Does 1-21 identified in Exhibit A to the Complaint. The subpoena shall have a copy of this Order and Exhibit A to the Complaint attached.

IT IS FURTHER ORDERED that WOT Services, Ltd., will have 60 days from the date of service of the Rule 45 subpoena upon it to produce the information responsive to the subpoena to plaintiffs.

2

IT IS FURTHER ORDERED that WOT Services, Ltd. shall preserve any subpoenaed information pending the resolution of further discovery in this action related to the identities of defendants John Does 1-21.

IT IS FURTHER ORDERED that WOT Services, Ltd. shall confer with plaintiffs and shall not assess any charge in advance of producing the information requested in the subpoena. Should WOT Services, Ltd. elect to charge for the costs of production, it shall provide a billing summary and cost report to plaintiffs.

IT IS FURTHER ORDERED that plaintiffs shall serve copies of this Order and Exhibit A to the Complaint along with the subpoena issued pursuant to this Order to WOT Services Ltd.

IT IS FURTHER ORDERED that any information ultimately disclosed to plaintiffs in response to the Rule 45 subpoena may be used by plaintiffs solely for the purpose of identifying defendants John Does 1-21 and protecting plaintiffs' rights as set forth in the Complaint.

IT IS FURTHER ORDERED that upon receiving the subpoenaed information from WOT Services, Ltd., plaintiffs will file a motion for discovery upon the internet service providers that own the IP addresses disclosed by WOT Services, Ltd.

United States District Judge