**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GETAWAY.COM LLC, @MYPLACE.COM LLC, INSIDER.COM LLC, AND INSURANCEBROKER.COM LLC, | ) ) ) ) | Civil Action No. 15-531 SLR |
| Plaintiffs, | ) ) | Non-Arbitration |
| v. | ) ) ) | Demand for Jury Trial |
| JOHN DOES 1 - 26, | ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO EXTEND THE TIME TO SERVE PLAINTIFFS' COMPLAINT UPON DEFENDANTS**

COMES NOW, Getaway.com LLC, @MyPlace.com LLC, Insider.com LLC, and InsuranceBroker.com LLC, by and through their attorney, Daniel C. Herr, Esq., filing a Motion to Extend the Time to Serve Plaintiffs' Complaint Upon Defendants, setting for the following in support:

1. Plaintiffs filed their verified Complaint on June 24, 2015, alleging internet defamation and internet defamation *per se* against twenty-six (26) John Doe Defendants.

2. In short, Plaintiffs claim that Defendants falsely, intentionally, and negligently identified them as internet "spammers," scam artists, and "phishers." This severely damages Plaintiffs' businesses causing them significant economic damages.

3. Plaintiffs provided notice to all of the John Doe Defendants through the same www.mywot.com forum through which the twenty-one (21) John Doe Defendants defamed Plaintiffs on June 23, 2015, by posting the following message on the forum:

> I regret to advise you due to inaction to this matter Getaway.com LLC, Insider.com LLC, InsuranceBroker.com LLC, & Myplace.com LLC will be filing a claim in the United States District Court for the District of Delaware alleging defamation against those on this forum who have claimed that these companies

> have engaged in spamming, phishing, scamming, or other criminal activity. I will be reposting on this forum upon the execution of the filing with the case number should you choose to challenge my efforts to uncover your identities.

4. After filing the above-captioned matter, Plaintiffs again provided notice on June 25, 2015 to the twenty-one (21) John Doe Defendants through the same medium by posting the following message on the forum:

> The case alleging defamation against those on this list who have claimed that Getaway.com LLC, Insider.com LLC, InsuranceBroker.com LLC, and @Myplace.com LLC have engaged in spamming, phishing, scamming, or other criminal activity has been filed in the United States District Court for the District of Delaware. The Civil Action Number is 1:15-cv-00531.

5. On June 25, 2015, Plaintiffs filed an *Ex Parte* Motion for Leave to Engage in Pre-Service of Process Discovery to Identify Defendants John Does 1 – 21 (D.I. 4).

6. Plaintiffs sought to serve a subpoena upon WOT Services Ltd, located in Finland, who owns www.mywot.com, through which twenty-one (21) of the Defendants have posted the defamatory statements at issue. Save a subpoena to WOT Services Ltd, there are no other known ways to Plaintiffs and Plaintiffs' Counsel to properly identify Defendants John Does 1 – 21.

7. On July 30, 2015, the Court granted Plaintiffs' Motion, allowing Plaintiffs to serve a subpoena upon WOT Services Ltd for particular information (D.I. 7).

8. Plaintiffs served this subpoena through a Finnish Officer of the Court (i.e., Plaintiffs' Finnish Counsel) on or about August 2, 2015, filing the executed subpoena with the Court on August 14, 2015 (D.I. 8).

9. Thereafter, WOT Services Ltd has represented that it will not comply with the subpoena as served.

10. Upon further research, Plaintiffs' Finnish Counsel must now re-serve the Complaint not personally as an Officer of the Court, but rather through the Finnish Ministry of Justice.

11. Plaintiffs are presently taking measures to do so by and through their Finnish Counsel.

12. On or about October 22, 2015 is the one-hundred and twentieth (120th) day after Plaintiffs' original filed their Verified Complaint on July 25, 2015.

13.  When entertaining a motion to extend time for service, the Court determines whether "good cause" exists for an extension of time.  *Petrucelli v. Bohringer*, 46 F.3d 1298, 1305 (3d Cir. 1995).

14. Here, Plaintiffs have diligently made proper motions before the Court to seek leave to engage in pre service of process discovery, and further, Plaintiffs are diligently working with an attorney in Finland – as well as the Finnish Ministry of Justice – in order to engage in that pre service of process discovery.

15. These international efforts have delayed what would typically be "routine" if the entities at issue would all have been domestic.  Further, Plaintiffs anticipate that WOT Services Ltd. will continue in its opposition of Plaintiffs' discovery efforts concerning it, mandating a motion practice before the appropriate Finnish Court.

16. For all of these reasons, Plaintiffs have acted with diligence in a complex, international situation, and therefore have shown good cause for an extension of time to properly serve the John Doe Defendants.

Respectfully Submitted,

**THE NORMAN LAW FIRM**

Date:  October 12, 2015

*/s/Daniel C. Herr*
Daniel C. Herr, Esquire, Bar. I.D. 5497
1225 N. King Street, Suite 1000
Wilmington, Delaware  19801
302-595-9084 – telephone
302-235-3712 - fax
DHerr@TheNormanLawFirm.com
*Attorney for Plaintiffs*