**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GETAWAY.COM LLC, @MYPLACE.COM LLC, INSIDER.COM LLC, AND INSURANCEBROKER.COM LLC, | ) ) ) ) | Civil Action No. 15-531 SLR |
| Plaintiffs, | ) ) | Non-Arbitration |
| v. | ) ) ) | Demand for Jury Trial |
| JOHN DOES 1 - 26, | ) ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

IT IS SO ORDERED this _____ day of _____, 2015, that PLAINTIFFS' MOTION TO EXTEND THE TIME TO SERVE PLAINTIFFS' COMPLAINT UPON DEFENDANTS is hereby GRANTED.

_____
J.