IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GETAWAY.COM LLC, @MYPLACE.COM LLC, INSIDER.COM LLC, AND INSURANCEBROKER.COM LLC, | ) ) ) ) | Civil Action No. 15-531 SLR |
| Plaintiffs, | ) ) | Non-Arbitration |
| v. | ) ) ) | Demand for Jury Trial |
| JOHN DOES 1 - 26, | ) ) | |
| Defendants. | ) | |

## PROPOSED ORDER

IT IS SO ORDERED this __14th__ day of __October__, 2015, that PLAINTIFFS' MOTION TO EXTEND THE TIME TO SERVE PLAINTIFFS' COMPLAINT UPON DEFENDANTS is hereby GRANTED, for an additional 120 days, without prejudice to renew the request.

_____
J. [signature]