# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GETAWAY.COM LLC, @MYPLACE.COM LLC, INSIDER.COM LLC, AND INSURANCEBROKER.COM LLC, | ) ) ) ) | Civil Action No. 15-531 SLR |
| Plaintiffs, | ) ) | Non-Arbitration |
| v. | ) ) ) | Demand for Jury Trial |
| JOHN DOES 1 - 26, | ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, by and through their undersigned counsel, hereby Voluntarily Dismiss their Claims in the above-captioned matter against All Defendants Without Prejudice pursuant to Superior Court Rule of Civil Procedure Rule 41(A)(1), thereby terminating this action.

Respectfully Submitted,

**THE NORMAN LAW FIRM**

DATED: January 22, 2016         By:      */s/Daniel C. Herr*
                                         Daniel C. Herr, Esquire, Bar ID 5497
                                         1225 North King Street; Ste 1000
                                         Wilmington, DE  19801
                                         (302) 595-9084
                                         dherr@thenormanlawfirm.com
                                         *Attorney for Plaintiffs*